UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

VICTORIA'S SECRET STORES, LLC,
VICTORIA'S SECRET DIRECT, LLC, and
BATH & BODY WORKS, INC.

           Plaintiffs,

v.

ASPEN LICENSING INTERNATIONAL, INC.

           Defendant.
---------------------------------------------------------x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**Civil Action No.
06cv14436 (BSJ) (THK)**

**ECF**

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the within action be, and the same hereby is, dismissed without prejudice.

Dated: ~~February~~ March 4, 2008
New York, New York

**COLUCCI & UMANS**

By: _____
Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com

Attorneys for Plaintiffs

Dated: ~~February~~ March 3, 2008
Tallahassee, Florida

**PENNINGTON, MOORE, WILKINSON,
BELL & DUNBAR**

By: _____
William H. Hollimon
215 S. Monroe Street, Second Floor
Tallahassee, Florida 32301
Telephone: (850) 222 – 3533
Facsimile: (850) 222 - 2126
Email:
bhollimon@penningtonlaw.com

Attorneys for Defendants

SO ORDERED this 6th day of February 2008

_____
U.S.D.J.